UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LI, QIANFAN,

　　　　　　　Petitioner,

　　　v.

FIELD OFFICE DIRECTOR, Enforcement and Removal Operations, San Francisco Field Office, Immigrations and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; ACTING WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,

　　　　　　　Respondents.

Case No. 1:26-cv-03480-NW

**ORDER RE PETITION FOR WRIT OF HABEAS CORPUS**

Re: ECF No. 1

The Court is in receipt of Petitioner's Petition for Writ of Habeas Corpus ("Petition") (ECF No. 1). Respondents shall file a response to the Petition within five (5) calendar days from the date of this Order. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition. Failure to timely respond shall be construed as a non-opposition. *See* L.R. 230(c). Petitioner may file a reply within eight (8) calendar days from the date of this Order. Respondents are prohibited from deporting the Petitioner or removing her from the Eastern District of California while the Petition is pending. The matter is not set for a hearing, though the Court may set one should it later be determined that a hearing is necessary.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: May 6, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California

2